AO 83 (Rev. 02/09)  Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| United States of America<br>v.<br><br>**GEORGE ESTUDANTE**<br><br>*Defendant's name and address* | ) ) ) ) ) ) ) | Case No.   17-cr-10215-WGY |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

X   Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐   Bail Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of Court

| Place: UNITED STATES DISTRICT COURT, 1 Courthouse Way, Boston, MA Courtroom 23, 7th Floor before Magistrate Judge Donald L. Cabell | Courtroom No.: | 23 - 7th Floor |
|---|---|---|
| | Date and Time: | 7/19/17 @ 2:00 P.M. |

This offense is briefly described as follows:

Failure to file Income Tax Return, Making and Subscribing a False Tax Return

Date: 7/13/17

/s/ Noreen A. Russo
*Issuing officer's signature*

Noreen A. Russo Deputy Clerk
*Printed name and title*

AO 83 (Rev. 02/09)  Summons in a Criminal Case